

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLIFFORD E. CARLOCK | DOCKET NO. 09-CV-1573; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| RAPIDES PARISH SHERIFF'S DEPARTMENT, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b), <u>**except for Plaintiff's Eighth Amendment claim against Officers Cutts and Jones**</u>.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 11th day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE