

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| CLIFFORD E. CARLOCK | DOCKET NO. 09-CV-1573; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| RAPIDES PARISH SHERIFF'S DEPARTMENT, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 2 day of October, 2010.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**